**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JERRY EUGENE KIRSCH, JR.**                                          **PETITIONER**

**V.**                          **CASE NO. 4:20-CV-230-JM-BD**

**DOE**                                                               **RESPONDENT**

<u>**ORDER**</u>

The Court has carefully reviewed the Recommended Disposition filed by Magistrate

Judge Beth Deere and Mr. Kirsch's timely objections thereto. After de novo review of the record,

the Court concludes that the findings and recommendation should be, and hereby are, approved

and adopted in their entirety as this Court's findings in all respects.

Mr. Kirsch's petition and amended petition for writ of habeas corpus (Doc. Nos. 2 & 4)

are DISMISSED, without prejudice. Mr. Kirsch's pending motion to proceed *in forma pauperis*

(Doc. No. 1) is DENIED, as moot.

IT IS SO ORDERED this 23rd day of March 2020.

_____
UNITED STATES DISTRICT JUDGE