IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY EUGENE KIRSCH, JR.**                          **PETITIONER**

**V.**                  **CASE NO. 4:20-CV-230-JM-BD**

**DOE**                                      **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 23rd day of March 2020.

_____
UNITED STATES DISTRICT JUDGE